In Re Citation of Anna Sattler et al. .

*Concealing, etc., assets of estate—Right of administrator to recover.*

On the death of a testator, the legal title to all his personalty vests in his personal representative in trust for the benefit of creditors and distributees.

Under sections 6053–9, Rev. Stat., the personal representative may recover a judgment against any person concealing or carrying away assets of the deceased, but he cannot recover a judgment against the person aiding and assisting the person so charged.

*Decided February* 1, 1889.

THIS case was submitted on an agreed statement of facts, from which it appears that Ernst Sattler was the owner, at the time of his death, of twenty-two (22) bonds of the par value of five hundred dollars ($500.00) each. At the time of the death of Ernst Sattler, these bonds were in his room; after his death, they were taken by his daughter Anna to the residence of Alvena Wagelin, also a daughter.

Ernst Sattler left a will and numerous codicils, written by him in the German language. From the reading of the will and codicils (which are somewhat ambiguous), it may be said that he intended to divide his property, consisting exclusively of bonds, among his children in equal parts, except as to his son Hugo, he gives a less sum to be held in trust for him; and excepting also the children of a deceased daughter.

After the probate of this will, and before the

appointment of an administrator, Anna Sattler, Alvena Wagelin, Hugo Sattler and Ida Voges being the children of Ernst Sattler, deceased, and the legatees under the will met and divided the bonds between them as follows : Anna Sattler, six ; Alvena Wagelin, six ; Ida Voges, six ; Hugo Sattler, four ; each of the parties taking said bonds at their par value.

Subsequently an administrator was appointed with the will annexed, and Anna Sattler and Alvena Wagelin delivered the bonds so taken by them, to the administrator. Hugo Sattler refused to turn over to the administrator the bonds received by him, and Ida Voges is a non-resident of the county. There are no debts of the estate.

On the 31st day of January, the children of a deceased daughter of Ernst Sattler, through their guardian, filed their petition for a citation under section 6053, Rev. Stats., charging Anna, Alvena and Hugo with having caried away assets of said estate, and maintaining that the administrator is entitled to all of the assets belonging to said estate ; that Anna and Alvena, notwithstanding the return by them to the administrator of the bonds so taken are liable to the administrator for the value of the bonds taken by Hugo, they having knowledge of the facts.

*Coppock & Hammel*, and *Palmer W. Smith*, for children of deceased.

*A. M. Warner*, and *J. R. P. Brown*, for Hugo Sattler.

GOEBEL, J.

1. On the death of Sattler, the legal title to all his personal property vested in his personal representative as a trust estate for the benefit of creditors and distributees.

2. The administrator is entitled to a judgment against Hugo Sattler for the value of the bonds so taken by him.

3. The provisions of sections 6053–9 Rev. Stat., do not permit of a judgment in favor of the executor or administrator against any person or persons aiding and assisting the person so charged in obtaining possession of such assets. Those provisions are intended only to furnish a speedy remedy in favor of the executor or administrator, against any person charged with concealing, embezzling or conveying away assets of the estate.

4. A statute providing for a judgment without pleadings or the right of trial by jury, ought not by construction to be extended beyond its plain and obvious terms.

NOTE.—Affirmed by the Hamilton Common Pleas Court.